474 A.2d 664

Noyes, Appellant, v. Finnegan a/k/a Mundorff.

Argued February 9, 1984. Barry R. Scatton, for appellant; Gregory J. Karlick, for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Order affirmed.